**Robert J. Abell, appellee, v. Springfield Consolidated Railway Company, appellant.**

Action for personal injuries and damages to an automobile in collision between it and a street car. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

P. B. Warren, A. M. Fitzgerald and J. A. Londrigan, for appellant. Edmund Burke and William J. Lawler, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**In re estate of Bridget Merrick, deceased. John M. Merrick, appellant, v. Cecilia A. Scanlan, appellee.**

Petition to set aside the sale of an automobile by an executrix under an order from the probate court. Petition dismissed. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

William E. Fain, for appellant. T. J. Condon and Robert H. Patton, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Honora Pembroke, administratrix of estate of James Pembroke, deceased, appellee, v. Maggie E. Martin and David B. Martin, appellants.**

Action on a promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

James L. Hicks and Carl S. Reed, for appellants. E. J. Hawbaker, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Nora Stewart, appellee, v. Alexander Supply Company, appellant.**

Action to recover salary and commissions. Judgment for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

Henley & Douglas, for appellant. Albert C. and Ben F. Anderson, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Mary A. Adkins, administratrix of estate of Joshua D. Adkins, deceased, appellee, v. State Bank of Springfield et al., appellants.**

Motion to dissolve a temporary injunction restraining the collection of a judgment. Motion denied. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed October 27, 1920.

Carey E. Barnes, for appellants. Hardin W. Masters, for appellee. Per Curiam.